NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**DONNA J. DEEM,**
*Petitioner,*

**v.**

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent.*

_____

2014-3037

_____

Petition for review of the Merit Systems Protection Board in No. SF0752120777-I-1.

_____

**ON MOTION**

_____

**O R D E R**

Donna J. Deem submits a corrected informal brief of petitioner, which the court treats as a motion to file a corrected informal brief using the court's informal brief form. The court notes the previous informal brief was rejected for not using the proper form.

Upon consideration thereof,

IT IS ORDERED THAT:

2                                    DEEM v. DHS


The motion is granted. Deem's corrected informal brief is accepted for filing. The respondent should calculate the due date for its response brief from the date of filing of this order.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s21